UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN HARPER,

        Petitioner,

  v.

STATE OF WASHINGTON,

        Respondent.

Case No. C05-5423FDB

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

The Court, has reviewed plaintiff's application to proceed in forma pauperis. (Doc. 1). Petitioner does not appear to have the $5.00 filing fee. The application is **GRANTED.**

The Clerk is directed to send petitioner a copy of this Order.

DATED this 13th day of July, 2005.

                    */S/ J. Kelley Arnold*
                    J. Kelley Arnold
                    United States Magistrate Judge

ORDER
Page - 1