UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN HARPER,

    Petitioner,

  v.

MAGGIE MILLER-STOUT,

    Respondent.

Case No. C05-5423FDB

ORDER ON PENDING MOTIONS

       This 28 U.S.C. § 2254 petition for habeas corpus relief has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636 (b) and local Rules MJR 3 and 4.  Before the court are two motions filed by petitioner.  In the first petitioner asks to change the case caption to reflect the proper respondent, Maggie Miller-Stout superintendent of the Airway Heights Corrections Center.  (Dkt. # 11).  That motion is **GRANTED.**  The clerk is directed to change the case caption to reflect Ms. Miller-Stout is the respondent.

       The second motion asks for an evidentiary hearing.  This petition has not been served and the motion is premature.  Accordingly the motion is **DENIED.**

       The clerk is directed to send a copy of this Order to petitioner.

       DATED  this 30th day of August, 2005.

                           */S/ J. Kelley Arnold*
                           J. Kelley Arnold
                           United States Magistrate Judge

ORDER- 1