UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN HARPER,

        Petitioner,

    v.

MAGGIE MILLER-STOUT,

        Respondent.

Case No. C05-5423FDB

ORDER TO SEAL A
DOCUMENT IN THE RECORD

This Habeas Corpus Action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636 (b)(1)(B) and Local Magistrates' Rules MJR 3 and MJR 4. The exhibits attached to the answer include trial transcripts which identify the victims of sexual abuse by name. The court **ORDERS** the State Record filed in this case, (Dkt. # 20), sealed.

The clerk is directed to send a copy of this order to counsel and petitioner and seal the state record.

Dated this 13th  day of December, 2005.


*/S/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER -1